# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In the matter of

IMMIGRATION HABEAS PETITION

Case No. 26-cv-01152-BAS-SBC

**STANDARD PROCEDURES**

**(Chief Judge Order 144)**

The Court adopts the Standard Procedures for this Immigration Habeas Petition under Chief Judge Order 144.

**1.      Briefing Schedule**

**A.      Response Deadline**

Respondents shall file a Response to the Petition no later than seven days after the CM/ECF system sends the Notice of Electronic Filing for the Court's order adopting these procedures.  If the CM/ECF system sends the Notice of Electronic Filing after 5:00 p.m., the seven-day period begins on the next business day.

The Response shall address the allegations in the Petition and shall include any documents relevant to the determination of the issues raised in the Petition.

- 1 -

**B.      Reply Deadline**

Petitioner may, but is not required to, file a Reply in support of the Petition no later than seven days after the Response is filed.

**2.      Submission After Briefing; Hearing**

After the Reply is filed, or the deadline for filing the Reply has passed, the Petition will be deemed submitted for decision without oral argument. The Court may, in its discretion, set a hearing on the Petition.

**3.      Preservation of Jurisdiction**

To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents shall not transfer Petitioner outside the Southern District of California unless the Court orders otherwise.

**4.      Request for Preliminary Relief**

Unless the Court orders otherwise, the Court will not require separate briefing on, or separately decide, any request for a temporary restraining order or other preliminary injunctive relief. The Court may determine any such request together with its determination on the merits of the Petition.

If Petitioner seeks a temporary restraining order or other preliminary injunctive relief, whether included in the Petition or presented by separate motion, Respondents shall address that request in the Response to the Petition, and Petitioner may address that request in any Reply in support of the Petition.

**IT IS SO ORDERED.**

**DATED: March 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**